IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>CLEVELAND LEE CRUMSEY,<br><br>                              Defendant. | Case No.:   19-03049-01-CR-S-RK |

### *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, **Cleveland Lee Crumsy (Inmate # 25550)**, is currently incarcerated at: **Fremont County Jail, 701 Cass St, Sidney, Iowa 51652**.

                                            Respectfully submitted,

                                            Timothy A. Garrison
                                            United States Attorney

By:    */s/ Ami Harshad Miller*
         AMI HARSHAD MILLER
         Assistant United States Attorney
         901 St. Louis Street, Suite 500
         Springfield, Missouri   65806-2511
         (417) 831-4406